CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
# CIVIL DOCKET FOR CASE #: 3:10–cv–05041–FLW –TJB

WATSON v. NCC RECOVERY
Assigned to: Judge Freda L. Wolfson
Referred to: Magistrate Judge Tonianne J. Bongiovanni
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 09/30/2010
Date Terminated: 01/14/2011
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**GEORGE W. WATSON, JR.**                     represented by   **BRENT F. VULLINGS**
WARREN &VULLINGS, LLP
93 Old York Road
Suite 333
Jenkintown, PA 19046
215–745–9800
Fax: (215) 745–7880
Email: brent@warrenvullingslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NCC RECOVERY, INC.**                      represented by   **DARRIN JUSTIN BEHR**
THE BEHR OFFICE MILLER, MILLER AND
TUCKER (OF–COUNSEL)
96 PATERSON STREET
NEW BRUNSWICK, NJ 08901
(732) 828–2234
Email: behrlaw@live.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2010 | Ï 1 | COMPLAINT against NCC RECOVERY, INC. ( Filing fee $ 350 receipt number 3346427.) JURY DEMANDED., filed by GEORGE W. WATSON, JR. (Attachments: # 1 Civil Cover Sheet)(eaj) (Entered: 09/30/2010) |
| 09/30/2010 | Ï 2 | SUMMONS ISSUED as to NCC RECOVERY, INC. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *BETH JONIAK* (eaj) (Entered: 09/30/2010) |
| 11/05/2010 | Ï 3 | SUMMONS Returned Executed by GEORGE W. WATSON, JR. NCC RECOVERY, INC. served on 10/11/2010, answer due 11/1/2010. (VULLINGS, BRENT) (Entered: 11/05/2010) |
| 11/05/2010 | Ï 4 | MOTION for Extension of Time to File Answer by NCC RECOVERY, INC.. (BEHR, DARRIN) (Entered: 11/05/2010) |
| 11/05/2010 | Ï 5 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Answer re 4 MOTION for Extension of Time to File Answer by NCC RECOVERY, INC.. (BEHR, DARRIN) (Entered: 11/05/2010) |
| 11/08/2010 | Ï | Set Deadlines as to 5 MOTION for Extension of Time to File Answer re 4 MOTION for Extension of Time to File Answer. Motion set for 12/6/2010 before Magistrate Judge Tonianne J. Bongiovanni. The motion will be decided on the papers. No appearances required unless notified by the court. (lk) (Entered: 11/08/2010) |
| 12/06/2010 | Ï 6 | LETTER ORDER granting 5 Motion for Extension of Time to Answer. Defendant is to serve its responsive pleading no later than 12/16/2010. Signed by Magistrate Judge Tonianne J. Bongiovanni on 12/6/2010. (eaj) (Entered: 12/07/2010) |
| 12/16/2010 | Ï 7 | First MOTION to Dismiss *or in the Alternative to Transfer Venue* ( Responses due by 1/3/2011), First MOTION to Transfer Case to Ohio by NCC RECOVERY, INC.. (Attachments: # 1 Brief In Support of Motion to Dismiss, # 2 Exhibit In Support of Brief, # 3 Certificate of Service of Notice of Motion &Brief)(BEHR, DARRIN) (Entered: 12/16/2010) |
| 12/17/2010 | Ï | Set Deadlines as to 7 First MOTION to Dismiss *or in the Alternative to Transfer Venue*First MOTION to Transfer Case to Ohio. Motion set for 1/18/2011 before Judge Freda L. Wolfson. The motion will be decided on the papers. No appearances required unless notified by the court. (eaj) (Entered: 12/17/2010) |
| 01/03/2011 | Ï 8 | RESPONSE in Opposition re 7 First MOTION to Dismiss *or in the Alternative to Transfer Venue*First MOTION to Transfer Case to Ohio filed by GEORGE W. WATSON, JR. (Attachments: # 1 Text of Proposed Order)(VULLINGS, BRENT) (Entered: 01/03/2011) |
| 01/03/2011 | Ï 9 | BRIEF in Opposition re 7 First MOTION to Dismiss *or in the Alternative to Transfer Venue*First MOTION to Transfer Case to Ohio filed by GEORGE W. WATSON, JR. (VULLINGS, BRENT) (Entered: 01/03/2011) |
| 01/13/2011 | Ï 10 | REPLY to Response to Motion re 7 First MOTION to Dismiss *or in the Alternative to Transfer Venue*First MOTION to Transfer Case to Ohio filed by NCC RECOVERY, INC.. (Attachments: # 1 Exhibit, # 2 Certification)(BEHR, DARRIN) (Entered: 01/13/2011) |
| 01/14/2011 | Ï 11 | ORDER that Defendant's motion to dismiss is DENIED; that in lieu of dismissal, this action is transferred to the U.S. District Court for the Northern District of Ohio. Signed by Judge Freda L. Wolfson on 1/14/2011. (mmh) (Entered: 01/14/2011) |