UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE W. WATSON, JR., | ) | Case No.: 1: 11 CV 101 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| NCC RECOVERY, INC., | ) | |
| | ) | |
| Defendant | ) | |

This court has been advised by counsel that this action has been settled and that the parties shall submit a dismissal entry to the court. Therefore it is not necessary that the action remain upon the calendar of the court. Parties must submit the dismissal entry to the court by April 15, 2012.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

March 30, 2011